# Ellis *against* Brewster.

The court of common pleas has not jurisdiction of an appeal by a defendant from the judgment of a justice of the peace for a sum less than five dollars and thirty-three cents, where no cross account is set up, and no greater sum is in dispute.

ERROR to *Bradford* county.

James Brewster against Joseph H. Ellis.   Appeal from the judgment of a justice.   The plaintiff's demand was for four dollars before the justice, and the judgment was in his favour for that sum; the defendant appealed.   The cause was tried in the common pleas, and the defence was, that the plaintiff's claim arose out of a partnership transaction, and therefore account render, of which a justice had no jurisdiction, was the appropriate remedy; but the court below, being of a different opinion, the cause went to the jury, who found a verdict for the plaintiff's claim.

The same point was argued in this Court.

PER CURIAM.   We think it our duty to interpose on a ground not taken by counsel.   The·defendant below, appealed from the judgment of a justice against him for four dollars; and it does not appear from any cross demand set up before the magistrate, or in the common pleas, that more was in dispute: so that the common pleas could not rightfully hold jurisdiction of the appeal.   The

[Ellis v. Brewster.]

judgment is therefore reversed, the apeal quashed, and the record remitted to have the judgment of this court carried into execution.

Judgment reversed.